THOMAS TAYLOR, Appellant, *v.* THE VILLAGE OF MOUNT VERNON, Respondent.

(Submitted December 9, 1891; decided December 23, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 8, 1890, which reversed a judgment in favor of plaintiff entered upon the report of a referee, and ordered a new trial.

*Eugene Archer* for appellant.

*Joseph S. Wood* for respondent.

Agree to affirm, and judgment absolute ordered for defendant on stipulation, with costs; no opinion:
All concur.
Ordered accordingly.